IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JUANA MARIA FOSTER**<br>6601 Piney Branch Road, N.W.<br>Washington, DC 20012 | : | |
| Plaintiff, | : | **CASE NO. PJM 11 CV 595** |
| v. | : | |
| **WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY**<br>600 5th Street, N.W.<br>Washington, D.C. 20001 | : | |
| Defendant. | : | |
| **WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,**<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001 | : | |
| Third Party Plaintiff, | : | |
| v. | : | |
| **PEPCO HOLDINGS, INC.**<br>701 Ninth Street N.W.<br>Washington, DC 20068 | : | |
| Serve:  CT Corporation System<br>351 W. Camden Street<br>Baltimore, MD 22201 | : | |
| Third Party Defendant. | : | |

## THIRD PARTY COMPLAINT OF WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY AGAINST PEPCO

Defendant, Washington Metropolitan Area Transit Authority ("WMATA"), files this Third-Party Complaint against Third-Party Defendant PEPCO Holdings, Inc. and states as follows:

1. The Third Party Defendant, PEPCO Holdings Inc., is a Delaware corporation, with a principal place of business in the District of Columbia. This court has federal question jurisdiction pursuant to 28 USC § 1331.

2. Plaintiff Juana Maria Foster filed Complaint, which is in the court file and incorporated by reference herein, against Defendant WMATA alleging negligence by Defendant in its maintenance of an elevator at the Forest Glen Metro Station on which Ms. Jones allegedly fell and sustained injuries on December 31, 2008.

3. While the elevator referenced by the Plaintiff in her Complaint is maintained by WMATA, the power for that elevator is provided by PEPCO Holdings Inc.

4. Pursuant to contract with WMATA, PEPCO Holdings Inc. has a duty to provide power to the WMATA Metrorail system, including its elevators in the location of the incident.

5. That the Defendant WMATA is being sued because the Plaintiff alleges that the Defendant WMATA was negligent.

6. That the Defendant WMATA denies all acts and allegations of negligence and disputes the Plaintiff's claims for damages.

7. That the Defendant WMATA contends that the direct and proximate cause of the accident was the negligent action and/or failure to act on the part of Third Party Defendant PEPCO, Inc, who was responsible for provision of power to the elevator in question, and failed to provide uninterrupted, or steady levels of power to the Forest Glen Metrorail Station.

8. That the Defendant WMATA denies that the Plaintiff is entitled to recover at all. However, in the event that the Plaintiff secures a judgment against WMATA, WMATA is entitled to an award of indemnification and/or contribution for the negligence of the Third-Party Defendant.

## Count 1 – Indemnification and Contribution

12. The foregoing allegations are realleged here by reference as if set forth verbatim.

13. Defendant WMATA alleges that, if Plaintiff sustained the injuries and damages as alleged in the Amended Complaint, they were not caused by any negligent act, error or omission of WMATA, but by the negligent acts, errors, or omissions of the Third Party Defendant; that the Third Party Defendant's acts caused, helped, or contributed to bring about the incident and injuries alleged in Plaintiff's Complaint; and that, but for said acts, errors, or omissions the alleged incident and injuries, if any, would not have occurred and have been sustained; and that, if WMATA is adjudged liable to the Plaintiff for any such damages, the Defendant / Third Party Plaintiff WMATA is entitled to contribution and/ or indemnity from Third Party Defendant for all sums adjudged against it.

WHEREFORE, Defendant/Third-Party Plaintiff, WMATA, seeks judgment by way of contribution and/or indemnification against Third-Party Defendant PEPCO Holdings, Inc. for 1) all sums for which Defendant WMATA might be adjudged liable to the Plaintiff; 2) for its costs and expenses in defending Plaintiff's action; and 3) for any such further relief as the Court may deem just and necessary.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

Carol B. O'Keefe # 04202
General Counsel

                                                /s/
Mark F. Sullivan #17690
Deputy General Counsel
WMATA-COUN
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2814
E-mail: msullivan@wmata.com

                                                /s/
Brendan H. Chandonnet #18087
Assistant General Counsel
WMATA-COUN
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2805
e-mail: bchandonnet@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Third Party Complaint of WMATA against PEPCO was filed and served this 18th day of April 2011, on:

Stuart Lipshutz
600 Jefferson Plaza
Suite 202
Rockville, Maryland 20852

Joel M. Finkelstein
1740 N Street, NW
Suite One
Washington DC 20036

Attorneys for Plaintiff

                                                /s/
Brendan H. Chandonnet